```
121EDWARD A. MORALES
1200 S 1500 E
T2104
CLEARFIELD, UT 84401
(801)815-7228 C
(801)217-3933 H
```

RECEIVED CLERK
JAN 1 2 2009
U.S. DISTRICT COURT

FILED
U.S. DISTRICT COURT
2009 JAN 13  P 4:05
DIST        UTAH

### IN THE UNITED STATE COURT DISTRICT OF UTAH

| | |
|---|---|
| EDWARD MORALES Pro-se<br>    Plaintiffs.<br><br>Vs.<br><br>Defendants<br><br>CONTINENTAL FINANCE. COMPANY LLC.<br>FIRST BANK OF DELAWARE INC. | CASE NO.:<br><br>Case: 1:09cv00006<br>Assigned To : Waddoups, Clark<br>Assign. Date : 1/13/2009<br>Description: Morales v. Continental<br>Finance et al<br><br>COMPLAINT |

**JURISTRICTION**

This Court has jurisdiction aver this matter under 28 U.S.C. sec. 1331, 1337(a), 1345 and 1355 and under the 15 U.S.C. sec. 45(a) (1), 49, 53 (b), and 56(a), this action arises under 15 U.S.C. sec. 1681(g) (10). Of the DISTRICT OF UTAH 350 SOUTH MAIN STREETS, SALT LAKE CITY, UTAH 84101.

**COMPLAINT FOR ACCOUNTING**

Plaintiff complains and for causes of action alleges as follows: At all times herein Plaintiff is a Resident of the STATE OF UTAH COUNTY OF DAVIS, with residence at 1200 South 1500 West, Unit T2104, West Haven UT, 84015, with Social Security ending in 7130 (see exhibit #1).

Upon information and belief (see exhibits ) Defendants;

1) CONTINENTAL FINANCE, LLC. 121 CONTINENTAL DR, NEWARK DE 19713 OR P.O.Box 8099 Newark, DE 19714-8099 Newark, DE Issued By First Bank Of Delaware, Delaware, 19714-8099 U.S.A.

-1-

2) FIRST BANK OF DELARARE, 1000 Rocky Run Parkway, Wilmington, DE 19803 PHONE (888)323-3511.

PRELIMINARY ALLEGATIONS

CAUSE(S) OF ACTION; All (5) Defendants (see compliant section);

1- **CONTINENTAL FINANCE. COMPANY LLC.**
2- **FIRST BANK OF DELAWARE INC.**

did not follow reasonable and required procedures of the FAIR CREDIT REPORTING ACT (F.C.R.A) and UNITED STAE CODE 15, Chapter 41, Sub-chapter V ,to assure maximum possible accuracy in Plaintiff's credit Report and refused to remove and/or correct inaccuracy information pertaining to ***First Bank of DE/ Continental Finance***, **(ACCT# 5206-0500-0094-2728") reported; "LATE PAYMENTS AND CURRENT BALANCE" (see exhibit #1). This account was closed in Nov.2007 and paid in full in May, 2008 (see exhibit #2, this account has $0.00 balance and has never been late) ACCT# 5206-0500-0094-2728"** This inaccurate information contained in Plaintiff's Credit Report in VIOLATION of the FEDERAL CREDIT RE[PORTING ACT Title 15 U.S.C. sec. and pursuant to 15 U.S.C. sec. 1681(I) failed to properly reinvestigate the disputed items (see exhibits 2, 3, 4) and property remove/delta the items in question within the time frame provided by the FEDERAL CREDIT REPORTING ACT, from Plaintiff's credit report.

**DEMANDS**

1

2  Based on the Complaint the Plaintiff has suffered denial of credit; humiliate ion, mental anguish,

3  emotional distress and time lost on Legal research and preparation of this Complaint.

4  DEFENDATS have maliciously, willfully, repeatedly and knowingly violated PLAINTIFF'S RIGHT

5  UNDER THE "FEDERAL CREDIT REPORTING ACT" (FCRA).

6  Plaintiff seeks the immediate and permanently deletion/removal of all misleading and fraudulent

7  items from Plaintiff's credit report as well Plaintiff ask, herein an Injunction barring all

8  parties/defendants at fault to disclose and decimate any/ but not limited to other parties.

9  Plaintiff also seeks herein Punitive Damages in the amount of $25,000.00 as each of the Defendant's

10  actions towards Plaintiff's was malicious and reckless under the F.C.R.A. in which actions

11  constitute a wanton and gross disregard of the Law.

12  Plaintiff herein also seeks a Trial by Jury of all claims.

13  Plaintiff reserve the right to AMEND this action (Complaint) as new discovery may add.

14

15

16  WHEREOF PLAINTIFF, RESPECTFULY REQUEST A JUDGEMENT OF THIS COURT BE INTERED

17  AGAINST ALL DEFENDANTS AWARDING ALL ECONOMICS, COMPENSATORY, punitive damages

18  and all expenses provided by the LAW and such other and further relief as to the Court may be just

19  and proper.

20  **Plaintiff hereby reserve the Right to amend this complains as to include all three credit reporting agencies, (Experian, TransUnion and Equifax).**

28  DATED this _____day of Dec.  of 2008.

x _____
    Edward Morales, Plaintiff.

**ORIGINAL of the forgoing mailed,**

**On the _____ day of _____. 2008.**

Plaintiff hereby certifies this complaint herein has mailed to all two defendants herein below;

Defendants;

1) CONTINENTAL FINANCE, LLC. 121 CONTINENTAL DR, NEWARK DE 19713 OR P.O.Box 8099 Newark, DE 19714-8099 Newark, DE Issued By First Bank Of Delaware, Delaware, 19714-8099 U.S.A.
2) FIRST BANK OF DELARARE, 1000 Rocky Run Parkway, Wilmington, DE 19803 PHONE (888)323-3511

Please note that if do not remove and do not report any derogatory information within 15 days, all three credit reporting agencies will added to the original complaint

# Exhibit # 1

Eq Equifax | Help | Logout

My Credit Center    Additional Benefits and Tools    Credit Education    My Membership

## Credit Reports & Scores

My Credit Center
Credit Reports and Scores
Credit Alerts

### YOUR 3 BUREAU MERGED CREDIT REPORT

Reference #: F10592220                          Original Report Date: 11/25/2008

Name: edward a morales                          DOB:
Address: 1260 s 1500 e clearfield, UT 84015

I'd like to...
Request an updated report
Dispute an inaccuracy

#### SUMMARY

| Account Type | Count | Balance | Payments | Open | Closed | Deferred/Unknown |
|---|---|---|---|---|---|---|
| **Real Estate** | | | | | | |
| Equifax | 0 | $0 | $0 | 0 | 0 | 0 |
| Experian | 0 | $0 | $0 | 0 | 0 | 0 |
| TransUnion | 0 | $0 | $0 | 0 | 0 | 0 |
| **Installment** | | | | | | |
| Equifax | 1 | $5,698 | $281 | 1 | 0 | 0 |
| Experian | 1 | $5,698 | $281 | 1 | 0 | 0 |
| TransUnion | 0 | $0 | $0 | 0 | 0 | 0 |
| **Revolving** | | | | | | |
| Equifax | 7 | $2,103 | $128 | 4 | 3 | 0 |
| Experian | 8 | $2,195 | $0 | 0 | 8 | 0 |
| TransUnion | 0 | $0 | $0 | 0 | 0 | 0 |
| **Other** | | | | | | |
| Equifax | 1 | $0 | $0 | 0 | 1 | 0 |
| Experian | 0 | $0 | $0 | 0 | 0 | 0 |
| TransUnion | 0 | $0 | $0 | 0 | 0 | 0 |

|  | Inquiries | Public Records | Collection Accounts | Delinquencies Now | Prior |
|---|---|---|---|---|---|
| Equifax | 7 | 0 | 0 | (1) | 0 |
| Experian | 25 | 0 | 0 | 1 | 0 |
| TransUnion | 0 | 0 | 0 | 0 | 0 |

## DEROGATORY INFORMATION

See Contact information to contact creditor

**Account Information**

Account: FIRST BK OF DE/CONTINE    Acct #: 5305050003947XXX    Type: Revolving

*continued* →

| Bureau | Bureau Code | Date Open | High Limit | Monthly Payment | Account Balance | Last Reported | Account Status | Amount Past Due |
|---|---|---|---|---|---|---|---|---|
| Equifax | 1 | 07/2007 | $300 $89 $238 | 11/2008 | Open | | $50 | |
| Experian | 1 | 07/2007 | $333 $91 $330 | 11/2008 | Closed | | $138 | |

Comments: Experian Account closed at consumers request

| Bureau | Days Past Due 30 / 60 / 90+ | History Date | 24 Month History |
|---|---|---|---|
| Equifax | 1  0  0 | 10/2008 | ✓✓✓ 30 ✓✓✓✓✓✓✓ |
| Experian | 2  1  0 | 11/2008 | ✓✓✓✓✓✓✓✓✓✓✓ 60 30 ✓ 30 ✓✓✓✓✓✓ ✓✓ |

## PUBLIC RECORD

Bureau: Court and Tax Recordings
No data was reported

## CREDIT INFORMATION

See Contact information to contact creditor

*Account Information*

Account: WFS/WACHOVIA DEALER SV   Acct #: 51885049XXXX   Type: Installment

| Bureau | Bureau Code | Date Open | High Limit | Monthly Payment | Account Balance | Last Reported | Account Status | Amount Past Due |
|---|---|---|---|---|---|---|---|---|
| Equifax | 1 | 11/2007 | $7,793 $281 $5,698 | 10/2008 | Open | | - | |
| Experian | 1 | 11/2007 | $7,793 $281 $5,698 | 10/2008 | Open | | - | |

| Bureau | Days Past Due 30 / 60 / 90+ | History Date | 24 Month History |
|---|---|---|---|
| Equifax | -  -  - | 10/2008 | ✓✓✓✓✓✓✓✓✓✓ |
| Experian | 0  0  0 | 10/2008 | ✓✓✓✓✓✓✓✓✓ |

Account: SEARS/CBSD   Acct #: 50459413XXXX   Type: Revolving

| Bureau | Bureau Code | Date Open | High Limit | Monthly Payment | Account Balance | Last Reported | Account Status | Amount Past Due |
|---|---|---|---|---|---|---|---|---|
| Equifax | 1 | 12/2007 | $1,000 $29 $948 $1,067 | 11/2008 | Open | | - | |
| Experian | 1 | 12/2007 | $29 $948 | 11/2008 | Closed | | - | |

Comments: Experian Account closed at consumers request

| Bureau | Days Past Due 30 / 60 / 90+ | History Date | 24 Month History |
|---|---|---|---|
| Equifax | -  -  - | 11/2008 | ✓✓✓✓✓✓✓✓✓✓ |
| Experian | 0  0  0 | 11/2008 | -✓✓✓✓✓✓✓✓✓ |

Account: HSBC BANK   Acct #: 548955512006XXXX   Type: Revolving

| Bureau | Bureau Code | Date Open | High Limit | Monthly Payment | Account Balance | Last Reported | Account Status | Amount Past Due |
|---|---|---|---|---|---|---|---|---|
| Equifax | 1 | 08/2007 | $700 $685 $753 | - | 10/2008 | Open | - | |
| Experian | 1 | 08/2007 | $18 $685 | 10/2008 | Closed | | - | |

Comments: Experian Account closed at consumers request

| Bureau | Days Past Due 30 / 60 / 90+ | History Date | 24 Month History |
|---|---|---|---|
| Equifax | -  -  - | 10/2008 | ✓✓✓✓✓✓✓✓✓ ✓✓ |
| Experian | 0  0  0 | 10/2008 | -✓✓✓✓✓✓✓✓✓ ✓✓ |

**Account: CHASE**  **Acct #: 46401820XXXX**  **Type: Revolving**

| Bureau | Bureau Code | Date Open | High Limit | Monthly Payment | Account Balance | Last Reported | Account Status | Amount Past Due |
|---|---|---|---|---|---|---|---|---|
| Equifax | 1 | 04/2008 | $400 / $252 | $10 | | 11/2008 | Open | - |
| Experian | 1 | 04/2008 | $529 / $252 | $10 | | 11/2008 | Closed | - |

Comments: Experian Account closed at consumers request

| Bureau | Days Past Due 30 | 60 | 90+ | History Date | 24 Month History |
|---|---|---|---|---|---|
| Equifax | - | - | - | 11/2008 | ✓✓✓✓✓✓✓ |
| Experian | 0 | 0 | 0 | 11/2008 | -✓✓✓✓✓✓ |

**Account: AMEX**  **Acct #: -349991569625XXXX**  **Type: Revolving**

| Bureau | Bureau Code | Date Open | High Limit | Monthly Payment | Account Balance | Last Reported | Account Status | Amount Past Due |
|---|---|---|---|---|---|---|---|---|
| Equifax | 1 | 05/2008 | $1,132 / $0 | - | | 11/2008 | Paid | - |
| Experian | 1 | 05/2008 | $1,132 | - | | 10/2008 | Closed | - |

Comments: Experian Account closed at consumers request

| Bureau | Days Past Due 30 | 60 | 90+ | History Date | 24 Month History |
|---|---|---|---|---|---|
| Equifax | - | - | - | 10/2008 | ✓✓✓✓✓ |
| Experian | 0 | 0 | 0 | 10/2008 | -  |

**Account: CIT BANK/DFS**  **Acct #: T945012905759XXXX**  **Type: Revolving**

| Bureau | Bureau Code | Date Open | High Limit | Monthly Payment | Account Balance | Last Reported | Account Status | Amount Past Due |
|---|---|---|---|---|---|---|---|---|
| Equifax | 1 | 08/2007 | $2,000 / $0 | - | | 08/2008 | Paid | - |
| Experian | 1 | 08/2007 | $2,000 | - | | 08/2008 | Paid | - |

| Bureau | Days Past Due 30 | 60 | 90+ | History Date | 24 Month History |
|---|---|---|---|---|---|
| Equifax | - | - | - | 08/2008 | ✓✓✓✓✓✓✓✓✓✓✓✓ |
| Experian | 0 | 0 | 0 | 08/2008 | -✓✓✓✓✓✓✓✓✓✓✓ |

**Account: NEW MILLENNIUM BANK**  **Acct #: 549106502090XXXX**  **Type: Revolving**

| Bureau | Bureau Code | Date Open | High Limit | Monthly Payment | Account Balance | Last Reported | Account Status | Amount Past Due |
|---|---|---|---|---|---|---|---|---|
| Equifax | 1 | 08/2007 | $1,000 / $0 | - | | 11/2008 | Paid | - |
| Experian | 1 | 08/2007 | $1,002 | - | | 12/2007 | Closed | - |

Comments: Experian Account closed at consumers request

| Bureau | Days Past Due 30 | 60 | 90+ | History Date | 24 Month History |
|---|---|---|---|---|---|
| Equifax | - | - | - | 11/2007 | ✓✓✓✓ |
| Experian | 0 | 0 | 0 | 12/2007 | -✓✓✓✓ |

**Account: TNB - TARGET**  **Acct #: 43331XXXX**  **Type: Revolving**

| Bureau | Bureau Code | Date Open | High Limit | Monthly Payment | Account Balance | Last Reported | Account Status | Amount Past Due |
|---|---|---|---|---|---|---|---|---|
| Equifax | 1 | 12/2007 | $200 / $0 | - | | 10/2008 | Closed | - |
| Experian | 1 | 12/2007 | $200 | - | | 04/2008 | Closed | - |

**Account: CHASE**          Acct #: 46491820XXXX     Type: Revolving

| Bureau | Bureau Code | Date Open | High Limit | Monthly Payment | Account Balance | Last Reported | Account Status | Amount Past Due |
|---|---|---|---|---|---|---|---|---|
| Equifax | 1 | 04/2008 | $400 / $257 | $10 | $529 | 11/2008 | Open | |
| Experian | 1 | 04/2008 | $252 | $10 | | 11/2008 | Closed | |

Comments: Experian Account closed at consumers request

| Bureau | Days Past Due 30 | 60 | 90+ | History Date | 24 Month History |
|---|---|---|---|---|---|
| Equifax | - | - | - | 11/2008 | ✓✓✓✓✓✓✓✓ |
| Experian | 0 | 0 | 0 | 11/2008 | -✓✓✓✓✓✓ |

**Account: AMEX**          Acct #: -349991569525XXXX     Type: Revolving

| Bureau | Bureau Code | Date Open | High Limit | Monthly Payment | Account Balance | Last Reported | Account Status | Amount Past Due |
|---|---|---|---|---|---|---|---|---|
| Equifax | 1 | 05/2008 | $1,132 | - | $0 | 11/2008 | Paid | |
| Experian | 1 | 05/2008 | $1,132 | - | | 10/2008 | Closed | |

Comments: Experian Account closed at consumers request

| Bureau | Days Past Due 30 | 60 | 90+ | History Date | 24 Month History |
|---|---|---|---|---|---|
| Equifax | - | - | - | 10/2008 | ✓✓✓✓✓ |
| Experian | 0 | 0 | 0 | 10/2008 | - |

**Account: CIT BANK/DFS**          Acct #: 79450129057S9XXXX     Type: Revolving

| Bureau | Bureau Code | Date Open | High Limit | Monthly Payment | Account Balance | Last Reported | Account Status | Amount Past Due |
|---|---|---|---|---|---|---|---|---|
| Equifax | 1 | 08/2007 | $2,000 | - | $0 | 08/2008 | Paid | |
| Experian | 1 | 08/2007 | $2,000 | - | | 08/2008 | Paid | |

| Bureau | Days Past Due 30 | 60 | 90+ | History Date | 24 Month History |
|---|---|---|---|---|---|
| Equifax | - | - | - | 08/2008 | ✓✓✓✓✓✓✓✓✓✓✓ ✓ |
| Experian | 0 | 0 | 0 | 08/2008 | -✓✓✓✓✓✓✓✓✓ ✓ |

**Account: NEW MILLENNIUM BANK**          Acct #: 549106502090XXXX     Type: Revolving

| Bureau | Bureau Code | Date Open | High Limit | Monthly Payment | Account Balance | Last Reported | Account Status | Amount Past Due |
|---|---|---|---|---|---|---|---|---|
| Equifax | 1 | 08/2007 | $1,000 | - | $0 | 11/2008 | Paid | |
| Experian | 1 | 08/2007 | $1,002 | - | | 12/2007 | Closed | |

Comments: Experian Account closed at consumers request

| Bureau | Days Past Due 30 | 60 | 90+ | History Date | 24 Month History |
|---|---|---|---|---|---|
| Equifax | - | - | - | 11/2007 | ✓✓✓✓ |
| Experian | 0 | 0 | 0 | 12/2007 | -✓✓✓✓ |

**Account: TNB - TARGET**          Acct #: 43331XXXX     Type: Revolving

| Bureau | Bureau Code | Date Open | High Limit | Monthly Payment | Account Balance | Last Reported | Account Status | Amount Past Due |
|---|---|---|---|---|---|---|---|---|
| Equifax | 1 | 12/2007 | $200 | - | $0 | 10/2008 | Closed | |
| Experian | 1 | 12/2007 | $200 | - | | 04/2008 | Closed | |

# Exhibit # 2




**EDUARDO ADRIAN MORALES**

Page 1 of 3

Account Number: XXXX XXXX XXXX 2728
Closing Date: 06/13/08
Credit Limit: $300.00
Available Credit: $0.00
Available Cash: $0.00



Customer Service: (800) 549-0141
Lost or Stolen Card: (866) 639-3465

Please Direct Written Inquiries to:
CONTINENTAL FINANCE
PO BOX 8099
NEWARK, DE 19714-8099

Please Direct Merchant Dispute Inquiries to:
CONTINENTAL FINANCE
PO BOX 30094
TAMPA, FL 33630

To pay online:
www.ezcardinfo.com

| | | |
|---|---|---|
| Previous Balance | $ | 107.65 |
| Purchases | + | 0.00 |
| Cash Advances | + | 0.00 |
| Other Credits | − | 0.00 |
| Payments | − | 107.65 |
| Other Charges / Debits | + | 0.00 |
| Periodic Finance Charges | + | 0.00 |
| Fee / Finance Charges | + | 0.00 |
| **NEW BALANCE** | $ | **0.00** |



Total Payment Due: 0.00
Payment Due Date: 07/08/08

Minimum Payment: $ 0.00
Past Due Amount: $ 0.00

Mail Payments to: CONTINENTAL FINANCE  PO BOX 30311  TAMPA FL 33630-3311

REMINDER! THE $25 ANNUAL FEE FOR YOUR ACCOUNT WILL BE BILLED IN THE FOLLOWING BILLING CYCLE, WHICH IS APPROXIMATELY YOUR RENEWAL DATE. TO AVOID AN OVER-LIMIT FEE, BE SURE YOU HAVE ENOUGH AVAILABLE CREDIT TO ACCOMMODATE THIS FEE. YOU CAN CHECK YOUR AVAILABLE CREDIT OR MAKE A PAYMENT AT WWW.EZCARDINFO.COM

| Transaction Date | Posting Date | Reference Number | Description | Amount |
|---|---|---|---|---|
| | | | Payments, Adjustments and Others | |
| 05/12 | 05/16 | 7815F0000037 | RETURNED PAYMENT FEE | $ 35.00 |
| 05/12 | 05/16 | 7843900000007 | RETURNED ACH | 50.00 |
| 06/06 | 06/06 | 1R33702 | CHECKFREE PMT-THANK YOU | 58.00− |
| 06/06 | 06/06 | 1R527702 | INTERNET PAYMENT FEE | 4.00 |
| 06/12 | 06/12 | 7520605816504418456280 | LATE FEE | 35.00 |
| 06/06 | 06/12 | 7616400008014 | RETURNED PAYMENT FEE | 35.00 |
| 06/06 | 06/12 | 7846420008014 | RETURNED ACH | 50.00 |
| 06/13 | 06/13 | 7520605816518316546888 | ACCOUNT MAINTENANCE FEE | 12.00 |

THANK YOU FOR YOUR RECENT PAYMENT. HOWEVER, YOUR ACCOUNT IS STILL PAST DUE. PLEASE SEND YOUR PAYMENT TODAY. YOU CAN MAKE PAYMENT ARRANGEMENTS BY CALLING 1-800-549-0142 OR BY VISITING US ONLINE AT WWW.EZCARDINFO.COM.

---

PLEASE DETACH COUPON AND RETURN PAYMENT USING THE ENCLOSED ENVELOPE - ALLOW 7 DAYS FOR MAIL DELIVERY          VX-

CONTINENTAL FINANCE
PO BOX 8099
NEWARK DE 19714-8099

XXXX XXXX XXXX 2728

Check box to indicate address/phone change on back of this coupon ☐

AMOUNT OF PAYMENT ENCLOSED

06/13/08   0.00   0.00   07/08/08   $

EDUARDO ADRIAN MORALES
PO BOX 891
TOMBSTONE AZ 85638-0891

**VOID, DO NOT USE**

Make check payable to:
CONTINENTAL FINANCE
PO BOX 30311
TAMPA FL 33630-3311

11 5206 0500 0094 2728 00014900 00028023 6